JOHN B. WARNOCK, Appellant, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

(Submitted January 23, 1933; decided January 27, 1933.)

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 662.)

BELVA B. BARRIE, Respondent, *v.* RICHARD BARRIE, Appellant.

(Submitted January 23, 1933; decided January 27, 1933.)

*Guy O. Walser* for motion.

*Sol Rubin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

Motion to withdraw appeal denied.